IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV204

| | | |
|---|---|---|
| TAMMY STEELMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MICHELLE HIRSCH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the November 2005 term in the Asheville Division.

A recommendation as to the disposition of the Defendant's motion to dismiss has been received from the Magistrate Judge; this Court will not complete its review of the Memorandum and Recommendation and the motion in time for the parties to adequately prepare for trial for the November 2005 term.

IT IS, THEREFORE, ORDERED that the Clerk calendar this case for trial during the Court's January 2006 term in the Asheville Division.

**Signed: September 23, 2005**

Lacy H. Thornburg
United States District Judge