IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV204

| | | |
|---|---|---|
| TAMMY STEELMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **J U D G M E N T** |
| | ) | |
| MICHELLE HIRSCH, d/b/a Hair of the Dog, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for partial summary judgment is **ALLOWED**, and the Plaintiff's claims under the Fair Labor Standards Act are hereby **DISMISSED WITH PREJUDICE** in their entirety.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, the Court having declined to exercise jurisdiction over the Plaintiff's pendant state claims, such claims are hereby **DISMISSED WITHOUT PREJUDICE.**

**Signed: November 17, 2005**

Lacy H. Thornburg
United States District Judge